402 A.2d 660

COMMONWEALTH of Pennsylvania, Appellee,

v.

John B. MACKNEER, Appellant.

Supreme Court of Pennsylvania.

Argued May 21, 1979.

Decided June 22, 1979.

Thomas M. Torquato, Reedsville, for appellant.

Richard M. Mohler, Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.